# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00188-CV

### In re Luis Alberto Vences

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Luis Alberto Vences seeks a writ of mandamus ordering the district court to vacate an order postponing a child-support-arrearage hearing to Friday, March 13. He also seeks an emergency motion staying all proceedings pending the resolution of his appeal from the denial of a bill of review in a related matter. Based on the arguments and record before us, we deny the petition for writ of mandamus and the motion for temporary relief.

_____

Edward Smith, Justice

Before Justices Goodwin, Kelly, and Smith

Filed: March 12, 2020